# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **CARNECIA ROBINSON, et al.,** | : |
|  | : |
| **Plaintiffs,** | : |
|  | : |
| **v.** | : **Civ. Action No. 07-675(RBW)** |
|  | : |
| **DISTRICT OF COLUMBIA,** | : |
|  | : |
| **Defendant.** | : |
_____ :

## DEFENDANT'S CONSENT MOTION FOR EXTENSION
## OF TIME TO FILE ANSWER TO COMPLAINT

Defendant, District of Columbia, respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time from July 31, 2007, to and including August 20, 2007, within which to file an answer to Plaintiffs' Complaint.  Undersigned counsel is burdened with several upcoming deadlines, and will be unable to file an answer by July 31.

Undersigned counsel has conferred with Plaintiffs' counsel regarding the relief sought by this motion.  Plaintiffs' counsel has consented to the relief requested.

Based upon the foregoing, Defendant, District of Columbia, respectfully requests that this motion be granted and that its time to file its answer be extended to and including August 20, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the District
 of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Edward P. Taptich*
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/ *Veronica A. Porter*
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**July 27, 2007**

**<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' CONSENT MOTION FOR EXTENSION
OF TIME TO FILE AN ANSWER TO COMPLAINT</u>**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.


Respectfully submitted,

LINDA SINGER
Attorney General for the District
 of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/ *Veronica A. Porter*
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

CARNECIA ROBINSON, et al.,            :
                                                        :
              Plaintiffs,                          :
                                                        :
       v.                                             :    Civ. Action No. 07-675(RBW)
                                                        :
DISTRICT OF COLUMBIA,            :
                                                        :
              Defendant.                         :
_____:


## <u>ORDER</u>

Upon consideration of Defendant's Consent Motion for Extension of Time to File an

Answer to Complaint, the memorandum of points and authorities in support thereof, and the

entire record herein, it is this _____ day of _____, 2007,

       **ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

       **FURTHER ORDERED** that Defendant may file an answer to the Complaint on or

before August 20, 2007.



                                                _____
                                                UNITED STATES DISTRICT JUDGE