UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CARNECIA ROBINSON,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-0675 (RBW) |
| **DISTRICT OF COLUMBIA,** | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF
MOTION TO DISMISS AND REPLY**

On August 20, 2007, the Defendant filed a Motion to Dismiss in the above captioned case. The Defendant hereby withdraws that Motion, as well as the Defendant's related September 5, 2007, Reply.

                                              Respectfully submitted,

                                              LINDA SINGER
                                              Attorney General
                                              for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division

                                              **/s/ Edward P. Taptich**
                                              EDWARD P. TAPTICH (012914)
                                              Chief, Equity Section 2

                                              **/s/ Veronica A. Porter**
                                              VERONICA A. PORTER (412273)
                                              Assistant Attorney General
                                              Bar Number 483802
                                              441 Fourth Street, N.W., Sixth Floor South
                                              Washington, D.C. 20001
                                              (202) 724-6614
October 24, 2007                              veronica2.porter@dc.gov