IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARNECIA ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-675<br>RBW |

## REPORT OF PARTIES UNDER LOCAL RULE 16.3

**Joint Statement of the Case and its Bases**

The Plaintiff brought her case under the federal Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 et seq., on behalf of her minor child, J.R. The Plaintiff seeks a judgment declaring that the District of Columbia Public Schools ("DCPS") violated the IDEA and ordering DCPS to fund and place J.R. at an appropriate private school placement and to convene a meeting to develop a compensatory education plan based on DCPS' failure to provide an appropriate placement.

The Plaintiff has received an administrative decision denying the relief requested in this case.

The Plaintiff contends that in ruling against her the Hearing Officer improperly found that DCPS had provided an appropriate placement and that the Plaintiff had been permitted adequately to participate in the selection of that placement.

The Defendant District of Columbia believes that DCPS and the independent hearing officer who issued the subject administrative decision acted consistently with the IDEA.

1

**Parties' Proposed Schedule**

The Parties have conferred regarding scheduling, and state as follows:

1. The Parties expect the case to be resolved by dispositive motion.

2. The Parties have attempted to narrow the issues in dispute, but have failed to do so.

3. The Parties do not wish the case to be referred to a magistrate judge.

4. The Parties are currently discussing settlement in this matter, and will continue to do so, but settlement has not been possible as of yet.

5. The Parties do not think that this case would benefit from ADR.

6. The Parties proposes the following deadlines:

    a. February 29, 2008 – administrative record and transcript filing by Defendant;
    b. March 28, 2008 – Plaintiff's summary judgment motion;
    c. April 28, 2008 – Defendant's opposition and cross-motion for summary judgment;
    d. May 16, 2008 – Plaintiff's opposition and reply;
    e. May 30, 2008 – Defendant's reply.

7. The Parties stipulate to dispense with the requirements of Rule 26(a)(1).

8. The Parties do not currently believe that discovery or experts will be necessary.

9. The Parties propose that all other scheduling be decided if necessary following the resolution of the motions for summary judgment.

Respectfully submitted,

/s/ Douglas Tyrka
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C.  20009
Phone:  (202) 265-4260
Fax:  (202) 265-4264
tyrka@tyrkalaw.com

2

PETER NICKLES
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Edward P. Taptich*
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/ *Veronica A. Porter*
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARNECIA ROBINSON,<br><br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>        Defendant. | Civil Action No. 07-675 RBW |

**PARTIES' PROPOSED ORDER**

On consideration of the Report of Parties Under Local Rule 16.3, it is hereby ORDERED that the parties shall comply with the following deadlines:

1) the Defendant shall file the administrative record and transcript on or before February 29, 2008;

2) the Plaintiff shall file her Motion for Summary Judgment on or before March 28, 2008;

3) the Defendant shall file its Opposition and Cross-Motion for Summary Judgment on or before April 28, 2008;

4) the Plaintiff shall file her Opposition and Reply on or before May 16, 2008; and

5) the Defendant shall file its Reply on or before May 30, 2008.

SO ORDERED.

_____
Reggie B. Walton
United States District Judge