UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CARNECIA ROBINSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-0675 (RBW) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) ) | |

**SCHEDULING ORDER**

In light of the agreement of the parties as to the status of this case and the appropriate deadlines to be set at this time, it is

**ORDERED** that the defendant shall file the applicable administrative record and transcript on or before February 29, 2008.  It is further

**ORDERED** that the plaintiff shall file her motion for summary judgment, if any, on or before March 28, 2008.  It is further

**ORDERED** that the defendant shall file its opposition to any motion for summary judgment filed by the plaintiff as well as its cross-motion for summary judgment, if any, on or before April 28, 2008.  It is further

**ORDERED** that the plaintiff shall file its reply memorandum in support of any motion for summary judgment, if any, as well as its opposition to any cross-motion for summary judgment filed by the defendant, if any, on or before May 16, 2008.  It is further

**ORDERED** that the defendant shall file its reply memorandum in support of any cross-motion for summary judgment, if any, on or before May 30, 2008. It is further

**ORDERED** that the initial scheduling conference in this case scheduled for January 22, 2008, at 9:00 a.m. is **CANCELED**. It is further

**ORDERED** that if a dispositive motion is not filed in this case on or before April 28, 2008, the Clerk of the Court shall set a new initial scheduling conference in this case without need for further order from the Court.

**SO ORDERED** this 31st day of December, 2007.

REGGIE B. WALTON
United States District Judge