UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARNECIA ROBINSON, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 07-675(RBW) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## DEFENDANT'S CONSENT MOTION TO AMEND SCHEDULING ORDER

Defendant, District of Columbia, respectfully moves this Court, pursuant to Fed. R. Civ. P. 7(b) and 60(a), to amend the scheduling order issued January 3, 2008, to allow Defendant to file its reply memorandum on or before June 4, 2008. Plaintiffs have consented to this motion. A memorandum in support of this motion and a proposed order are attached.

Respectfully submitted,

PETER NICKLES
Acting Attorney General for the District
 of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/ *Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**January 7, 2008**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARNECIA ROBINSON, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 07-675(RBW) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION TO AMEND SCHEDULING ORDER**

On October 30, 2007, this Court ordered the parties to "meet and have discussions about this case at least 21 days prior to the Conference date and submit their Report addressing all topics listed in LCvR 16.3(c)." The parties discussed the case on December 19, 2007, and reached an agreement as to the contents of the 16.3 Report. Encompassed in that agreement was a proposed scheduling order permitting Defendant to file a reply memorandum by June 4, 2008.

Undersigned counsel was out of the office from December 20, 2007 to January 3, 2008. Upon her return, the undersigned noticed that Plaintiffs filed the 16.3 Report on December 20, 2007, and that the date included in the Report for Defendant to file its reply—May 30, 2008—was not the date agreed upon by the parties. Unfortunately, this Court issued its Scheduling Order adopting the dates included in the 16.3 Report, before the parties had an opportunity to correct the error.

Defendant requests that the Court amend its scheduling order and allow Defendant to file its reply memorandum on or before June 4, 2008. Plaintiffs have consented to this motion.

.

3

        Respectfully submitted,

        PETER NICKLES
        Acting Attorney General for the District
         of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

        /s/  *Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        441 4th St., N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov

**January 7, 2008**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARNECIA ROBINSON, et al.,** | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 07-675(RBW) |
| **DISTRICT OF COLUMBIA,** | : |
| Defendant. | : |

**ORDER**

Upon consideration of Defendant's Consent Motion to Amend Scheduling Order, it is this _____ day of _____, 2007,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Defendant may file its reply memorandum on or before June 4, 2008.

_____
UNITED STATES DISTRICT JUDGE