IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARNECIA ROBINSON,**<br>    **Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA**<br>    **Defendant.** | )<br>)<br>)<br>)  **Civil Action No. 07-675**<br>)  **RBW**<br>)<br>)<br>)<br>) |

## NOTICE AND STIPULATION OF DISMISSAL

The Parties hereby stipulate to dismissal of all claims.

                                          Respectfully submitted,

                                          /s/ Douglas Tyrka
                                          Douglas Tyrka, #467500
                                          Tyrka & Associates, LLC
                                          1726 Connecticut Ave., NW, Suite 400
                                          Washington, D.C.  20009
                                          Phone:  (202) 265-4260
                                          Fax:  (202) 265-4264
                                          Email: tyrka@tyrkalaw.com


                                          PETER NICKLES
                                          Acting Attorney General
                                          for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division

                                          */s/ Edward P. Taptich*
                                          EDWARD P. TAPTICH (012914)
                                          Chief, Equity Section 2

                                          */s/ Veronica A. Porter*
                                          VERONICA A. PORTER (412273)
                                          Assistant Attorney General
                                          441 4th St., N.W., Sixth Floor South

Washington, DC 20001
(202) 724-6651
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**March 21, 2008**